UNITED STATES of America,
Plaintiff–Appellee,

v.

Deshawn Travis GLOVER,
Defendant–Appellant.

No. 09–13301
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 3, 2009.

Deshawn Travis Glover, Coleman, FL, pro se.

Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for DeShawn Travis Glover in this appeal from the denial of a motion for a sentence reduction under 18 U.S.C. § 3582(c), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Glover's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**